In the interest of I.P.M., J.R.M., and J.M.M., Plaintiffs,

Juvenile Officer, Respondent,

v.

M.M. (Mother), Appellant,

J.P.M. (Father), Defendant.

No. WD 61247.

Missouri Court of Appeals, Western District.

Dec. 19, 2002.

J.P.M. (Father), Cameron, MO, pro se.

Candace J. Barnes, St. Joseph, MO, for appellant.

Kellie W. Ritchie, St. Joseph, MO, for plaintiffs.

David R. Schmitt, St. Joseph, MO, for respondent.

Before PAUL M. SPINDEN, P.J., PATRICIA A. BRECKENRIDGE and THOMAS H. NEWTON, JJ.

### Order

PER CURIAM.

M.M. appeals the judgment of the juvenile court, which terminated her parental rights over three of her children, I.P.M., J.R.M., and J.M.M.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).